UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:19-00214

18 U.S.C. § 1029(a)(2)

YVONNE DOZIER

I N F O R M A T I O N
(Access Device Fraud)

The United States Attorney Charges:

On or about May 11, 2015, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, and elsewhere, defendant YVONNE DOZIER, knowingly and with intent to defraud, used an unauthorized access device as defined in subsection (e)(3), that is, a U.S. Bank Visa credit card, XXXX XXXX XXXX 9108 issued by the State of West Virginia for state purchases, and, by such conduct, from on or about January 1, 2015 and ending on or about December 31, 2015, obtained more than $1,000 during that period, said use affecting interstate commerce in that the unauthorized access device transactions were conducted on the Internet, and monetary payment for unauthorized goods and services traveled between states.

In violation of Title 18, United States Code, Section 1029(a)(2).

                                UNITED STATES OF AMERICA

                                MICHAEL B. STUART
                                United States Attorney

By:   _____
        ERIK S. GOES
        Assistant United States Attorney